# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- ) | |
| ) | |
| Washington Security Group, Inc. ) | ASBCA Nos. 58120, 58219 |
| ) | |
| Under Contract Nos. HHM402-06-M-0213 ) | |
| HHM402-07-M-0259 ) | |
| HHM402-05-F-0531 ) | |

APPEARANCES FOR THE APPELLANT:  Lars E. Anderson, Esq.
James Y. Boland, Esq.
  Venable LLP
  Tysons Corner, VA

APPEARANCES FOR THE GOVERNMENT:  Raymond M. Saunders, Esq.
  Army Chief Trial Attorney
MAJ Joseph K. Venghaus, JA
Erica Beardsley, Esq.
  Trial Attorneys

## ORDER OF DISMISSAL

On 7 February 2014, appellant filed a motion to withdraw the appeals based upon a negotiated settlement. Respondent joined in that request pursuant to the terms of the agreement. We construe the motion to withdraw as a motion to dismiss, and accordingly, dismiss the appeals with prejudice.

Dated: 11 February 2014

RICHARD SHACKLEFORD
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58120, 58219, Appeals of Washington Security Group, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals